IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Renae Castillo and Rhonda Sanchez, | : | |
| Plaintiffs | : | Civil Action 2:12-cv-00650 |
| v. | : | Judge Marbley |
| Morales, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

The State of Ohio's October 10, 2012 motion to intervene (doc. 7) is GRANTED. I reserve ruling on any of the other substantive issues raised by the State of Ohio's motion concerning whether this Court should exercise supplemental jurisdiction over count ten of the complaint.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge.  The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto.  The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/ Mark R. Abel
United States Magistrate Judge